IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VERNON JAMES EWELL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3784

Opinion filed September 14, 2016.

An appeal from an order of the Circuit Court for Alachua County.
David P. Kreider, Judge.

Vernon James Ewell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.